IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON SANDERS,

    Petitioner,                   2: 09 - cv - 3252 - TJB

    vs.

SUPERIOR COURT,

    Respondent.               ORDER AMENDING CAPTION

_____/

    Petitioner, Aaron Sanders, a former state prisoner, is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  A petition for habeas corpus relief must name as respondent the state officer having custody of petitioner, typically the warden of the prison in which the petitioner is incarcerated. *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), Rules Governing Proceedings under 28 U.S.C. § 2254 ("[i]f the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody")).  Failure to name as a respondent the petitioner's custodian deprives the federal court of personal jurisdiction. *Id.*  In the instant action, Petitioner named as Respondent the Superior Court.  In the State's answer to the petition, the State indicated that Aref Fakhoury is the current Warden of the California Institute for Men, in Chino, California, where Petitioner was being held at the time he filed his petition, before he was

1

1  released during the pendency of this action.  Resp't's Answer at n. 1.  Because the petition is
2  otherwise complete, the court now substitutes as Respondent, Aref Fakhoury.
3       THEREFORE, IT IS ORDERED that this matter shall hereinafter be captioned: AARON
4  SANDERS, Petitioner vs. AREF FAKHOURY, Respondent.
5  DATED:  August 24, 2011

                                            TIMOTHY J BOMMER
                                            UNITED STATES MAGISTRATE JUDGE